UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JERMINE OLIVER,

        Petitioner,               Case No. 1:09cv903

v.                                     Hon. Robert J. Jonker

BLAINE C. LAFLER,

        Respondent.
_____/

**ORDER**
**APPROVING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 1, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 1, 2012, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that the habeas petition is **DENIED**.  Rule 8, Rules Governing § 2254 Cases in the United States District Courts.

Dated:   September 28, 2012               /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE